

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00081-CR
No. 04-18-00082-CR

Homer C. **TOMERLIN**, III,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court Nos. 16-1600-CR-C and 16-1601-CR-C
Honorable Dwight E. Peschel, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgments of the trial court are AFFIRMED.

SIGNED May 15, 2019.

_____
Irene Rios, Justice